**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6223**

———————

KRISTOPHER S. KOLLYNS, a/k/a Johnnie W. Todd,
a/k/a John Wayne Todd, a/k/a Kris Sarayn
Kollyns,

                                    Plaintiff - Appellant,

        versus

GARY MAYNARD, in official and personal
capacities; PAULA WOODLEAF, in official and
personal capacities,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-01-4380-3)

———————

Submitted:  March 20, 2003          Decided:  April 1, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kristopher S. Kollyns, Appellant Pro Se. Melvin Brice McKeown, Jr.,
SPRATT, MCKEOWN & MCCRAE, York, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kristopher S. Kollyns appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Kollyns v. Maynard</u>, No. CA-01-4380-3 (D.S.C. filed Jan. 21, 2003 & entered Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>